■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANONYMOUS v. NEW YORK FOUNDLING HOSPITAL.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ EMPRESA LINEAS MARITIMUS ARGENTINAS V. SINDICATO OBREROS MARITIMOS UNIDOS et al.— Motions for leave to appeal to the Court of Appeals denied, with $20 costs, without prejudice to such further proceedings as respondents may take in the event their appeals in the Court of Appeals are dismissed. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ NANETTE GUILFORD v. SEABOARD SURETY COMPANY.— Motions for leave to appeal to the Court of Appeals denied, with $20 costs. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ HYMAN KLIBANOFF, as Executor of WILLIAM SCHNEIDERMAN, Deceased, v. CITY OF NEW YORK et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ CHARLES WALLACE, an Infant, v. UNIVERSAL INSURANCE CO., INC.— Motion for leave to defend appeal as poor persons granted only to the extent of dispensing with the printing of the respondents' points, upon condition that the respondents serve one copy of the typewritten or mimeographed respondents' points on the attorney for appellant and file 6 typewritten or 19 mimeographed copies of respondents' points with this court. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ ROSE GREENE v. RICHARD GREENE.— Application denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ TUNG GOON REALTY CORP. v. CITY OF NEW YORK.— Application granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL KASS. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CIAVARELLI. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ CONSTANCE P. REHAK v. JOHN M. REHAK.— Motion for a stay granted on the terms and conditions set forth in the order to show cause dated September 27, 1962, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before November 8, 1962, with notice of argument for November 20, 1962, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ HALPERIN SHIVITZ SCHOLER & STEINGUT v. ALEX VOGEL.— Motion to dismiss appeal granted, with $10 costs, unless the appellant perfects the appeal for the first Non-Enumerated Calendar of the January 1963 Term of this court. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ DIANA RAMOS v. HECTOR PADIN.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ COLONY REALTY CO. et al. v. ABRAHAM J. RODOLITZ et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.